Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886; Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
AVIAN MIRANDA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| AVIAN MIRANDA | ) Case No.: 1:12-cv-01864-GSA |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | ) |
| Defendant. | ) |

Based upon the stipulation of the parties (Doc. 14), and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, up to and including July 9, 2013, to file Plaintiff's Opening Brief; and that Defendant's Brief will be due on August 8, 2013.  Plaintiff's Optional Reply will be due on August 23, 2013.

IT IS SO ORDERED.

Dated:   **June 11, 2013**          **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.