BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    E-Mail: Timothy.Bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| AVIAN MIRANDA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,[1]<br><br>    Defendant. | CIVIL NO. 1:12-CV-01864-GSA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE BRIEFING SCHEDULE.** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time in the amount of thirty (30) days to file her responsive brief in this matter.  The new due date for Defendant's responses will be Monday, September 9, 2013.  Plaintiff's optional reply will be due on Tuesday, September 24, 2013.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Def.'s Stip. To Extend; 1:12-CV01864-GSA           1

Defendant requests the additional time due to the heavy case load, travel schedule, and leave schedule of the Assistant Regional Counsel assigned to this matter.

Respectfully submitted,

Dated: August 7, 2013

By: /s/ *Cyrus Safa*
CYRUS SAFA
(as authorized by telephone and email on 8/7/13)
Attorney for Plaintiff

By: /s/ *Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant U.S. Attorney
Attorneys for Defendant

OF COUNSEL:
SCHUYLER VON OEYEN
Assistant Regional Counsel
Social Security Administration

**ORDER**

The above stipulation is approved. The Commissioner's opposition is due September 24, 2013. Plaintiff's optional Reply is now due September 24, 2013.

IT IS SO ORDERED.

Dated: **August 8, 2013**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE